

Evelio Soriano, pro se.

John S. Briggs, U. S. Atty., Bernard H. Dempsey, Jr., Asst. U. S. Atty., Tampa, Fla., for respondent-appellee.

---

J. R. Cullens, W. A. Ingram, John V. Burch, Cartersville, Ga., for appellants.

Frank H. Jones, Dudley B. Magruder, Jr., Rogers, Magruder & Hoyt, Rome, Ga., for appellees.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed: See Local Rule 21.[1]

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

**Evelio SORIANO, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 30830.**

United States Court of Appeals, Fifth Circuit.

May 4, 1971.

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.